| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-22824-EC |
| In re<br><br>Nery Manrique Lopez<br>Dixy Libeth Ulloa<br><br><div align="right">Debtor(s).</div> | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, **Nery Manrique Lopez & Dixy Libeth Ulloa** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **4/3/2010**.

2. I am the owner of real property[1] at the following street address:

   **1040 E. Laurel Ave**

   **Glendora, Ca 91741**   (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of **Bac Home Loans Servicing, LP**.

   b. Second deed of trust in favor of **Bac Home Loans Servicing, LP** *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re<br>Nery Manrique Lopez<br>Dixy Libeth Ulloa<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-22824-EC |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **Bac Home Loans Servicing**<br>**PO BOX 515503**<br>**Los Angeles, Ca 90051** | $2,335.00 | 1-15th May 2010 | 5/01/2010 |
| | $2,335.00 | 1-15th June 2010 | 05/29/2010 |
| | 2,335.00 | 1-15th July 2010 | 07/01/2010 |
| Creditor | | | |
| **Bac Home Loans Servicing**<br>**PO BOX 515503**<br>**Los Angeles, Ca 90051** | $525.00 | 1-15th May 2010 | 5/01/2010 |
| | $525.00 | 1-15th June 2010 | 05/29/2010 |
| | $525.00 | 1-15th July 2010 | 07/01/2010 |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  
F 3015-1.4  
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 3*

| In re | CHAPTER 13 |
|---|---|
| Nery Manrique Lopez<br>Dixy Libeth Ulloa<br>Debtor(s). | CASE NUMBER 2:10-bk-22824-EC |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  July 08, 2010              Signature  _____
                                            Nery Manrique Lopez
                                            Debtor

Date  July 08, 2010              Signature  _____
                                            Dixy Libeth Ulloa
                                            Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                 Best Case Bankruptcy

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Nery Manrique Lopez & Dixy Libeth Ulloa<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-22824-EC<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |

I, Nery Manrique Lopez & Dixy Libeth Ulloa, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On July 01, 2010 I purchased and sent the mortgage payment $2,335.00 to my lender –Bac Home Loans Servicing, to the following address: PO BOX 515503 Los Angeles, CA 90051. See attached copy of the money order(s).

This payment is for the month of July, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 08, 2010

_____
Debtor

_____
Joint Debtor

**UNITED STATES POSTAL SERVICE** — **POSTAL MONEY ORDER**

| Serial Number | Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|
| 18031836003 | 2010-07-01 | 900441 | $1000.00 |

Amount: ONE THOUSAND DOLLARS & 00¢ ********************

Pay to: Back home loans servicing
Address: P.O Box 515503
Los Angeles, CA.
Memo: 90051

Clerk: Nery Lopez
From: 1040 E. Laurel Ave
Address: Glendora, CA. 91741
0010

⑆00000800⑆  18031836003⑈

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

---

**UNITED STATES POSTAL SERVICE** — **POSTAL MONEY ORDER**

| Serial Number | Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|
| 18031836014 | 2010-07-01 | 900441 | $1000.00 |

Amount: ONE THOUSAND DOLLARS & 00¢ ********************

Pay to: Back home loans servicing LP
Address: P.O Box 515503
Los Angeles CA
Memo: 90051

Clerk: Nery Lopez
From: 1040 E. Laurel Ave
Address: Glendora, CA 91741
0010

⑆00000800⑆  18031836014⑈

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

---

**UNITED STATES POSTAL SERVICE** — **POSTAL MONEY ORDER**

| Serial Number | Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|
| 18031836025 | 2010-07-01 | 900441 | $335.00 |

Amount: THREE HUNDRED THIRTY FIVE DOLLARS & 00¢ *******

Pay to: Back Home loans Servising
Address: P.O Box 515503
Los Angeles, CA. 90051
Memo:

Clerk: Nery Lopez
From: 1040 E. Laurel Ave
Address: Glendora, CA. 91741
0010

⑆00000800⑆  18031836025⑈

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In Re: | CHAPTER 13 |
|---|---|
| Nery Manrique Lopez & Dixy Libeth Ulloa | CASE NO: 2:10-bk-22824-EC |
| Debtor(s) | DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s) [NO HEARING REQUIRED] |

I, Nery Manrique Lopez & Dixy Libeth Ulloa, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On July 01, 2010 I purchased and sent the mortgage payment $525.00 to my lender –Bac Home Loans Servicing, to the following address:  PO BOX 515503 Los Angeles, CA 90051. See attached copy of the money order(s).

This payment is for the month of July, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 08, 2010

_____
Debtor

_____
Joint Debtor

**UNITED STATES POSTAL SERVICE**

**POSTAL MONEY ORDER**

Serial Number: 18031836036

Year, Month, Day: 2010-07-01
Post Office: 900441
U.S. Dollars and Cents: $525.00

Amount: FIVE HUNDRED TWENTY FIVE DOLLARS & 00¢ ********

Clerk: 0010

Pay to: Backhome loans servicing
Address: P.O BOX 51503
Los Angeles, CA 90057

From: Mary Lopez
Address: 1040 E. Laurel Ave
Glendora, CA 91741

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

:000000800 2:  18031836036

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7010 0290 0000 7791 5242

Sent To: Backhomeloans
Street, Apt. No.; or PO Box No.: P.O BOX 515503
City, State, ZIP+4: Los Angeles, CA. 90051

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7010 0290 0000 7791 5235

Sent To: Backhomeloans
Street, Apt. No.; or PO Box No.: P.O BOX 515503
City, State, ZIP+4: Los Angeles, CA. 90051