B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re  NERY MANRIQUE LOPEZ
       DIXY LIBETH ULLOA                          ,           Case No. 10-22824EC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Midland Funding, LLC by American InfoSource LP | FIA Card Services, N.A. as successor in interest to Bank of America NA and MBNA America Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Midland Funding, LLC by American InfoSource LP
PO Box 248897
Oklahoma City, OK  73124-8897

Court Claim # (if known):      6
Amount of Claim:      $13,555.85
Date Claim Filed:      05/18/2010

Phone:  (877) 319-0216
Last Four Digits of Acct #:      7701

Phone: 
Last Four Digits of Acct. #:     7701

Name and Address where transferee payments should be sent (if different from above):

Phone: 
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Blake Hogan                                      Date: 08/12/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.