**210B (12/09**)

# United States Bankruptcy Court

Central District Of California
Case No. 2:10-bk-22824-EC
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Nery Manrique Lopez<br>1040 E Laurel Ave<br>Glendora CA 91741 | Dixy Libeth Ulloa<br>1040 E Laurel Ave<br>Glendora CA 91741 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/17/2010.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Fia Card Services, NA As Successor In Interest to, Bank of America NA and Mbna America Bank, 1000 Samoset Drive, DE5-023-03-03, Newark, DE  19713 | Midland Funding, LLC by American InfoSource LP<br>PO Box 248897<br>Oklahoma City, OK  73124-8897 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/19/10

Jon D. Ceretto
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: bmerceneC           Page 1 of 1              Date Rcvd: Aug 17, 2010
Case: 10-22824                Form ID: trc              Total Noticed: 1

The following entities were noticed by first class mail on Aug 19, 2010.
26438421     +Fia Card Services, NA As Successor In Interest to,   Bank of America NA and Mbna America Bank,
               1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2010**           **Signature:** *Joseph Speetjens*